NUMBER 13-00-501-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


LEIGH ANN BASS
, Appellant,


v.



EDUARDO RAMIRZ AND STEVE ARMOUR
, Appellees.

____________________________________________________________________


On appeal from the 329th District Court


of Wharton County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, LEIGH ANN BASS, perfected an appeal from a judgment
entered by the 329th District Court of Wharton County, Texas, in cause
number 35272-S. The appellate record in this cause was due on
December 1, 2001. Pursuant to Tex. R. App. P. 37.3(a), notice of late
record was given to the district clerk. The official responsible for
preparation of the clerk's record has notified this Court that the record
has not been filed because appellant has failed to make arrangements
for payment of the record. Pursuant to Tex. R. App. P. 37.3(b), notice
was given to appellant that this appeal would be dismissed for want of
prosecution unless this defect was corrected within ten days from the
date of this Court's notice. The date, appellant has failed to correct this
defect.

 The Court, having examined and fully considered the documents
on file, appellant's failure to make arrangements for payment of the
clerk's record, this Court's notice, and appellant's failure to correct the
defect, is of the opinion that the appeal should be dismissed for want
of prosecution. The appeal is hereby DISMISSED FOR WANT OF
PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 1st day of February, 2001.